IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MATTHEW S. GURULE,

        Plaintiff,

  vs.                                                 No. CIV 09-157 LFG/LAM

AGENT DOUGLAS SLAVENS,
New Mexico Department of Public
Safety,

        Defendant.

## ORDER DENYING AS MOOT DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

THIS MATTER comes before the Court *sua sponte*.

Defendant Douglas Slavens filed a Motion for Summary Judgment [Doc. 39] on November 2, 2009. On November 3, 2009, the parties resolved their dispute at a settlement conference conducted by United States Magistrate Judge Lourdes A. Martinez [Docs. 40, 41], and the Motion for Summary Judgment was thereby rendered moot.

IT IS THEREFORE ORDERED that Defendant's Motion for Summary Judgment [Doc. 39] is denied as moot.

                                                                  Lorenzo F. Garcia
                                                                   United States Magistrate Judge